# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SAEID SAM KANGARLOU,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>ALTON AL LOCKLEAR, et al.,<br><br>　　　　　　　Defendants. | Case No. 2:18-cv-02286-JAD-BNW<br><br>**ORDER** |

The United States Postal Service has returned as undeliverable one of the court's last mailings in this case. (*See* ECF No. 10.) Thus, it appears that Mr. Kangarlou is no longer at the address on file with the court. Under Local Rule IA 3-1,

> An attorney or pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court.

Mr. Kangarlou must file a notice with his current address with the court by January 6, 2020. If Mr. Kangarlou does not update his address by that date, the court will recommend dismissal of this case.

　　　IT IS SO ORDERED.

　　　DATED: December 5, 2019

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　BRENDA WEKSLER
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE