G. MARK ALBRIGHT, ESQ.
Nevada Bar No. 001394
DANIEL R. ORMSBY, ESQ.
Nevada Bar No. 014595
**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**
801 South Rancho Drive, Suite D-4
Las Vegas, Nevada 89106
Tel: (702) 384-7111
Fax: (702) 384-0605
gma@albrightstoddard.com
dormsby@albrightstoddard.com
*Attorneys for Defendant Alton Locklear*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SAEID SAM KANGARLOU<br><br>Plaintiff,<br><br>vs.<br><br>ALTON AL LOCKLEAR; LUMBEE LAND DEVELOPMENT, INC; LUMBEE TRIBE HOLDINGS,<br><br>Defendant. | Case No. 2:18-cv-02286-JAD-BNW<br><br>**STIPULATION AND ORDER REGARDING PRODUCTION OF DOCUMENTS REQUESTED IN SUBPOENA TO MORTENSON & RAFIE, LLP** |

IT IS HEREBY STIPULATED AND AGREED, by and between Mortenson & Rafie, LLP and Defendant Alton Al Locklear, by and through their counsel of record, Mark Albright, Esq., that production of documents relating to the Subpoena for documents served upon Mortenson & Rafie, LLP, on or about June 10, 2021 shall be stayed until such time as the Motion to Quash Service and Issuance of Subpoena noticed by Plaintiff, Saeid Sam Kangarlou, has been ruled on by this Court,

//
//
//
//
//
//

and an order directing Mortenson & Rafie, LLP to perform on the subpoena has been issued by the Court.

IT IS SO STIPULATED.

DATED this 18th day of June 2021. | DATED this 18th day of June 2021.

**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**

**MORTENSON & RAFIE, LLP**

*/S/ Daniel R. Ormsby*

*/S/ Darius F. Rafie*

G. MARK ALBRIGHT, ESQ.
Nevada Bar No. 1394
DANIEL R. ORMSBY, ESQ.
Nevada Bar No. 14595
801 S. Rancho Dr., Suite D4
Las Vegas, NV 89106
Telephone: (702) 384-7111
Facsimile: (702) 384-0605
*Attorneys for Defendant Alton Locklear*

DARIUS F. RAFIE, ESQ.
Nevada Bar No. 6465
PETER B. MORTENSON, ESQ.
Nevada Bar No. 5725
10781 W. Twain Avenue
Las Vegas, NV 89135
Telephone: (702) 363-4190
Facsimile: (702) 363-4107
*Attorneys in receipt of Subpoena*

## ORDER

It is hereby ORDERED, ADJUDGED AND DECREED that Mortenson & Rafie, LLP shall not take action on the above referenced Subpoena until such time as this court has ruled on the Motion to Quash regarding the same and issued an order directing said action.

_____
UNITED STATES MAGISTRATE JUDGE
DATE: June 21, 2021