G. MARK ALBRIGHT, ESQ.
Nevada Bar No. 1394
KEGAN M. MONKS, ESQ.
Nevada Bar No. 14243
DANIEL R. ORMSBY, ESQ.
Nevada Bar No. 14595
**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**
801 South Rancho Drive, Suite D-4
Las Vegas, Nevada 89106
Tel: (702) 384-7111
Fax: (702) 384-0605
gma@albrightstoddard.com
kmonks@albrightstoddard.com
dormsby@albrightstoddard.com
*Attorneys for Defendant Alton Locklear*

LAW OFFICES
ALBRIGHT, STODDARD, WARNICK & ALBRIGHT
A PROFESSIONAL CORPORATION
QUAIL PARK, SUITE D-4
801 SOUTH RANCHO DRIVE
LAS VEGAS, NEVADA 89106

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

SAEID SAM KANGARLOU,

Plaintiff,

vs.

ALTON AL LOCKLEAR, LUMBEE LAND DEVELOPMENT, INC.; LUMBEE TRIBE HOLDINGS, INC.,

Defendants.

CASE NO.: 2:18-cv-02286-JAD-BNW

**NOTICE OF WITHDRAWAL OF MOTION TO COMPEL (ECF 71)**

Hearing Date: September 23, 2021
Hearing Time**:** 11:00 a.m.

**COMES NOW,** Defendant, ALTON AL LOCKLEAR ("Locklear"), by and through his attorney of record, ALBRIGHT, STODDARD, WARNICK & ALBRIGHT, having filed a MOTION TO COMPEL DISCOVERY FROM SAM KANGARLOU; AND MOTION TO EXTEND DISCOVERY DEADLINES (SECOND REQUEST) (hereinafter "Motion") (ECF 71), on August 13, 2021.

Subsequent to the filing of the Motion, Plaintiff and Defendant Locklear entered into an agreement whereby Plaintiff agreed to execute the majority of all the requested HIPPA Authorization and Consent forms requested by Defendant Locklear. Consequently, Defendant

LAW OFFICES
ALBRIGHT, STODDARD, WARNICK & ALBRIGHT
A PROFESSIONAL CORPORATION
QUAIL PARK, SUITE D-4
801 SOUTH RANCHO DRIVE
LAS VEGAS, NEVADA 89106

Locklear respectfully withdraws the pending Motion (ECF 71) and requests the Court vacate the hearing set on the Motion, currently set for hearing on September 23, 2021.

DATED this 25 day of August, 2021.

**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**

G. MARK ALBRIGHT, ESQ.
Nevada Bar No. 1394
KEGAN M. MONKS, ESQ.
Nevada Bar No. 14243
DANIEL R. ORMSBY, ESQ.
Nevada Bar No. 014595
*Attorneys for Defendant Alton Locklear*

**Order**

**IT IS SO ORDERED**

**DATED:** 10:07 am, August 26, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

LAW OFFICES
ALBRIGHT, STODDARD, WARNICK & ALBRIGHT
A PROFESSIONAL CORPORATION
QUAIL PARK, SUITE D-4
801 SOUTH RANCHO DRIVE
LAS VEGAS, NEVADA 89106

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am an employee of ALBRIGHT, STODDARD, WARNICK & ALBRIGHT and that on this 25TH day of August, 2021, service was made by the following mode/method a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL OF MOTION TO COMPEL (ECF 71)** to the following person(s):

| | |
|---|---|
| Saeid Kangarlou, Plaintiff in Proper Person<br>4825 Drifting Pebble St.<br>N. Las Vegas, NV 89081<br>Saeid1953@hotmail.com | _____ Certified Mail<br>__X__ Electronic Filing/Service<br>_____ Email<br>_____ Facsimile<br>_____ Hand Delivery<br>_____ Regular Mail |
| PAUL A. ACKER, ESQ.<br>THOMAS W. MARONEY, ESQ.<br>8925 West Russell Road, Suite 220<br>Las Vegas, NV 89148<br>Telephone: (702) 997-3800<br>Facsimile (702) 997-3800<br>packer@rlattonrys.com<br>tmaroney@rlattorneys.com<br>Attorneys for Defendants,<br>Lumbee Land Development, Inc., &<br>Lumbee Tribe Holdings, Inc. | _____ Certified Mail<br>__X__ Electronic Filing/Service<br>_____ Email<br>_____ Facsimile<br>_____ Hand Delivery<br>_____ Regular Mail |

An employee of Albright, Stoddard, Warnick & Albright