UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Saeid Sam Kangarlou,<br><br>    Plaintiff<br><br>v.<br><br>Alton Al Locklear, et al.,<br><br>    Defendants | Case No.: 2:18-cv-02286-JAD-BNW<br><br>**Order Adopting Report and Recommendation and Denying Joint Motion to Enforce Settlement Agreement**<br><br>[ECF Nos. 83, 86] |

    The magistrate judge has considered the defendants' joint motion to enforce an agreement to settle this matter and recommends that I deny it because there was no meeting of the minds.[1] The deadline for any party to object to that recommendation was August 25, 2022, and no party filed anything or asked to extend the deadline to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[2] Having reviewed the report and recommendation, I find good cause to adopt it, and I do.

    IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation **[ECF No. 86] is ADOPTED** in its entirety. The Joint Motion to Enforce Settlement Agreement **[ECF No. 83] is DENIED.**

                                                          _____<br>
                                                        U.S. District Judge Jennifer A. Dorsey<br>
                                                        Dated: August 26, 2022

---

[1] ECF No. 83.

[2] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).