# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SAEID SAM KANGARLOU,<br><br>    Plaintiff(s),<br><br>v.<br><br>ALTON AL LOCKLEAR, et al.,<br><br>    Defendant(s). | Case No. 2:18-cv-02286-JAD-NJK<br><br>**Order**<br><br>[Docket No. 115] |

Pending before the Court is Plaintiff's motion to reopen and extend case management deadlines. Docket No. 115. Any response must be filed by October 23, 2023, and any reply must be filed by October 24, 2023.[1]

IT IS SO ORDERED.

Dated: October 19, 2023

                                                      Nancy J. Koppe
                                                    United States Magistrate Judge

---

[1] Counsel must be mindful that the deadlines set herein control this briefing schedule regardless of any contrary indications that are automatically generated by CMECF. *See* Local Rule IC 3-1(d).