PAUL A. ACKER, ESQ.
Nevada Bar No. 3670
JENNIFER A. DELCARMEN, ESQ.
Nevada Bar No. 12727
8945 West Russell Road, Suite 330
Las Vegas, NV  89148
Telephone: (702) 997-3800
Facsimile (702) 997-3800
packer@rlattonrys.com
jdelcarmen@rlattorneys.com
*Attorneys for Defendants,*
*Lumbee Land Development, Inc., &*
*Lumbee Tribe Holdings, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SAEID SAM KANGARLOU, <br><br>        Plaintiffs, <br><br> v. <br><br> ALTON AL LOCKLEAR; LUMBEE LAND DEVELOPMENT, INC.; LUMBEE TRIBE HOLDINGS, INC. <br><br>        Defendants. | CASE NO.: 2:18-CV-02286-JAD-NJK <br><br> **JOINT STIPULATION AND ORDER FOR DISMISSAL OF PLAINTIFF'S COMPLAINT AND ALL AMENDMENTS THERETO, WITH PREJUDICE** <br><br> ECF No. 120 |

Plaintiff, SAEID SAM KANGARLOU (hereinafter "Plaintiff"), by and through his attorney, Marc C. Naron, Esq. of the law firm D.R. PATTI & ASSOCIATES; Defendant, ALTON AL LOCKLEAR (hereinafter "Locklear", by and through his attorney, Mark Albright, Esq. and Daniel Ormsby, Esq. of the law firm Albright Stoddard Warnick & Albright; and Defendants, LUMBEE LAND DEVELOPMENT, INC. and LUMBEE TRIBE HOLDINGS, INC. collectively hereinafter "Lumbee"), by and through their attorney, Jennifer A. DelCarmen, Esq. of the law firm Resnick & Louis, P.C.; (hereinafter Plaintiff, Locklear, and Lumbee collectively the "Parties"),

1

hereby submit this Joint Stipulation to dismiss with prejudice all claims pending in the above litigation pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

The Parties hereby stipulate and agree to the dismissal of this action in its entirety, with prejudice, and each party to bear its own costs and attorneys' fees, subject only to the terms and conditions of the Parties' settlement agreement and release.

The Parties agree that none of them is a prevailing party in this action and therefore none of the Parties will seek any attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or federal.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

1        IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2    DATED this 3rd day of January 2024.        DATED this 13th day of December 2023.

3    **D.R. PATTI & ASSOCIATES**        **ALBRIGHT STODDARD WARNICK & ALBRIGHT**

4            /s/ Marc Naron                /s/ Daniel Ormsby

5    /s/ _____      /s/ _____

       **MARC C. NARON, ESQ.**          **G. MARK ALBRIGHT, ESQ.**

6    Nevada Bar No. 11665            Nevada Bar No. 1394

       720 S. Seventh Street, Third Floor    **DANIEL R. ORMSBY, ESQ.**

7    Las Vegas, Nevada 89101        Nevada Bar No. 14595

       *Attorneys for Plaintiff*          801 South Rancho Dr., Ste. D4

8    *Saeid Sam Kangarlou*          Las Vegas, NV 89106

                                          *Attorneys for Defendant*

9                                          *Alton Al Locklear*

10   DATED this 3rd day of January 2024.

11   **RESNICK & LOUIS, P.C.**

12

13   /s/ /s/ Jennifer DelCarmen

      **PAUL A. ACKER, ESQ.**

14   Nevada Bar No. 3670

      **JENNIFER A. DELCARMEN, ESQ.**

15   Nevada Bar No. 12727

      8945 W. Russell Road, Suite 330

16   Las Vegas, NV 89148

      *Attorneys for Defendants*

17   *Lumbee Land Development, Inc., &*

      *Lumbee Tribe Holdings, Inc.*

18

19

20                         **ORDER**

21       Based on the parties' stipulation **[ECF No. 120]** and good cause appearing, IT IS

22   HEREBY ORDERED that **THIS CASE IS DISMISSED** with prejudice, each side to bear

23   its own fees and costs.  The Clerk of Court is directed to **CLOSE THIS CASE.**

24                                  _____

25                                  U.S. District Judge Jennifer A. Dorsey

26                                  Dated: January 4, 2024

27

28